M. Darin Hammond – Bar No. 6741
**SMITH KNOWLES, P.C.**
2225 Washington Blvd., Suite 200
Ogden, UT 84401
Telephone No. (801) 476-0303
Facsimile No. (801) 476-0399
dhammond@smithknowles.com

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE: | Case No. 14-31344 JTM |
|---|---|
| CAISSON LABORATORIES, INC., | Chapter 11 |
| Debtor. | (Filed Electronically) |

## ORDER APPROVING EMPLOYMENT OF COUNSEL

This Court having considered the *MOTION FOR EMPLOYMENT OF COUNSEL* ("Motion") filed by the above-named Debtor in which it seeks, pursuant to 11 U.S.C. §§ 327(a) and 328(a), an order approving the employment of M. Darin Hammond to represent the Chapter 11 Debtor in connection with this case, and good cause appearing therefore it is hereby:

ORDERED that the Chapter 11 Debtor's employment upon a general retainer of M. Darin Hammond to represent and assist the Chapter 11 Debtor in connection with any and all matters arising in or related to this bankruptcy case be, and the same hereby is, approved; and it is further

-1-

-2-

ORDERED that the compensation of said attorney may be later approved upon further application to the Court in accordance with 11 U.S.C. §§ 328 and 330.

_____
END OF DOCUMENT

## CERTIFICATE OF SERVICE
## BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the _30_ day of October, 2014, I electronically filed the foregoing, **ORDER APPROVING EMPLOYMENT OF COUNSEL**, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **M. Darin Hammond**   dhammond@smithknowles.com, astevenson@smithknowles.com
- **Peter J. Kuhn tr**   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Adelaide Maudsley**   maudsley@chapman.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE
## BY MAIL, OTHER

I hereby certify that on the _30_ day of October, 2014, I caused to be served a true and correct copy of the foregoing, **ORDER APPROVING EMPLOYMENT OF COUNSEL**, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid, addressed to:

*Debtor*
**Caisson Laboratories, Inc.**
1740 Research Parkway
North Logan, UT 84341

/s/ M. Darin Hammond
M. Darin Hammond
*Attorneys for Debtor*

-3-