**FORM RAB9F** (Ch 11 Corp/Partnership Asset Cs) (12/12)     Case Number **14−31344**

# UNITED STATES BANKRUPTCY COURT
## District of Utah

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 10/24/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Caisson Laboratories, Inc.
1740 Research Parkway
North Logan, UT 84341

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 14−31344 JTM | 20−0704381 |

Attorney for Debtor(s) (name and address):
M. Darin Hammond
Smith Knowles, P.C.
2225 Washington Blvd.
Suite 200
Ogden, UT 84401
Telephone number: (801) 476−0303

## Meeting of Creditors

Date: **December 1, 2014**      Time: **11:00 AM**

Location: **Federal Building, 324 25th Street, Room 6026, Ogden, UT 84401**

## Deadlines to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **3/2/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1): **4/22/15**

A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524−6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open: 8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date: 10/28/14 |

## Online Information

Case information is avaliable at no charge on our Voice Case Information System (VCIS). Call 1−866−222−8029 #85 with your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9F (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors meeting, if the debtor(s) or debtor's counsel fail to attend the creditors meeting or fail to timely file required documents pursuant to Local Rules 2003–1, 1007–1. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest or the case shall be dismissed. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
District of Utah

In re:                                                              Case No. 14-31344-JTM
Caisson Laboratories, Inc.                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2            User: ma              Page 1 of 1              Date Rcvd: Oct 28, 2014
                                Form ID: rab9f        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2014.
```
db          +Caisson Laboratories, Inc.,   1740 Research Parkway,   North Logan, UT 84341-1941
aty         +Adelaide Maudsley,   Chapman and Cutler LLP,   201 South Main Street,   Suite 2000,
              Salt Lake City, UT 84111-2298
cr          +Lewiston State Bank,   PO Box 32,   17 East Center,   Lewiston, UT 84320-1512
9568905     +Bruce Pfendler,   20 Androscoggin St. Apt 3,   Gorham, HN 03581-1242
9568906     +Caisson Holding,   P.O. Box 775,   Rexburg, ID 83440-0775
9568907     +Greenbrier,   P.O. Box 775,   Rexburg, ID 83440-0775
9568912     +John Carman,   1305 North 1000 West Suite 120,   Logan, UT 84321-6802
9568908     +Kaye Ivie,   4575 N. Canyon Road,   Provo, UT 84604-5032
9568904     +Keith Kennedy,   1706 Claremont Lane,   Idaho Falls, ID 83404-7455
9568910     +Lewiston State Bank,   17 East Center,   Lewiston, UT 84320-1512
9568911     +Lindsay Burton,   1305 North 1000 West Suite 120,   Logan, UT 84321-6802
9568909     +Ross Farmer,   P.O. Box 775,   Rexburg, ID 83440-0775
9568915      Tri-Park Partnership,   c/o James C. Jenkins,   130 South Main,   P.O. Box 525,
              Logan, UT  84323-0525
9568914    ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,   P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
             (address filed with court: Zions Bank,   Coml Banking Idaho Falls,   1235 South Utah Avenue,
              Idaho Falls, ID 83402)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: dhammond@smithknowles.com Oct 29 2014 00:58:32     M. Darin Hammond,
              Smith Knowles, P.C.,   2225 Washington Blvd.,   Suite 200,   Ogden, UT  84401
9568902      EDI: AMEREXPR.COM Oct 29 2014 10:12:00     American Express,   P.O. Box 650448,
              Dallas TX, 75265-0448
9568903     +E-mail/Text: dsteele@cachevalleybank.com Oct 29 2014 00:58:45     Cache Valley Bank,
              101 North Main,   Logan, UT 84321-6236
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9568913*   ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,   P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
             (address filed with court: Zions Bank,   PO Box 30813,   Salt Lake City, UT 84130)
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
```
              Adelaide Maudsley    on behalf of Creditor    Lewiston State Bank maudsley@chapman.com
              M. Darin Hammond    on behalf of Debtor    Caisson Laboratories, Inc. dhammond@smithknowles.com,
               astevenson@smithknowles.com
              Peter J. Kuhn tr    on behalf of U.S. Trustee    United States Trustee Peter.J.Kuhn@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```