# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## SALT LAKE CITY DIVISION

IN RE: **Caisson Laboratories, Inc.**    Case No. **14-31344**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address, including zip code | Amount of claim |
|---|---|
| American Express<br>P.O. Box 650448<br>Dallas TX, 75265-0448 | $51,899.84 |
| Cache Valley Bank<br>101 North Main<br>Logan, UT 84321 | $24,495.46 |
| Keith Kennedy<br>1706 Claremont Lane<br>Idaho Falls, ID 83404 | $30,500.00 |
| Bruce Pfendler<br>20 Androscoggin St. Apt 3<br>Gorham, HN 03581 | $189,079.75 |
| Caisson Holding<br>P.O. Box 775<br>Rexburg, ID 83440 | $356,139.60 |

IN RE:  **Caisson Laboratories, Inc.**                           Case No. **14-31344**

                                                                 Chapter **11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Continued)

| Creditor | Amount |
|---|---|
| Greenbrier<br>P.O. Box 775<br>Rexburg, ID  83440 | $137,574.78 |
| Kaye Ivie<br>4575 N. Canyon Road<br>Provo, UT 84604 | $20,000.00 |
| Ross Farmer<br>P.O. Box 775<br>Rexburg, ID  83440 | $235,199.17 |
| Lindsay Burton<br>1305 North 1000 West Suite 120<br>Logan, UT 84321 | $115,000.00 |
| John Carman<br>1305 North 1000 West Suite 120<br>Logan, UT 84321 | $26,600.00 |
| Zions Bank<br>PO Box 30813<br>Salt Lake City, UT 84130 | $48,282.21 |
| Ross Farmer<br>P.O. Box 775<br>Rexburg, ID  83440 | $67,434.40 |

IN RE: **Caisson Laboratories, Inc.**               Case No. **14-31344**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Continued)

| | |
|---|---|
| Zions Bank<br>PO Box 30833<br>Salt Lake City, UT 84130 | $5,689.40 |
| Roger Kemper<br>1677 Bradford Place<br>Carmel, IN 46033 | $30,000.00 |
| Fulbright & Jaworski LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255 | $12,720.00 |
| Steve Hawkins<br>279 Quail Street<br>Meadow Lakes, TX 78654 | $52,096.00 |
| Summa Securities<br>10400 Academy Road NE #313<br>Albuquerque, NM 87111 | $18,296.00 |
| W.J. Donwen<br>5715 Preston Fairways Drive<br>Dallas, TX 75252 | $11,500.00 |
| Arden A. Kelton<br>332 Bluegrass Way<br>Garden City, UT 84028 | $33,530.00 |

IN RE:  **Caisson Laboratories, Inc.**　　　　　　　　　　Case No. **14-31344**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Continued)

Rod Thompson　　　　　　　　　　　　　　　　　　$14,000.00
2990 North 1600 East
North Logan, UT  84341

---

DATED this __4__ day of November, 2014.

　　　　　　　　　　　　　　　　　　_/s/ M. Darin Hammond_
　　　　　　　　　　　　　　　　　　M. Darin Hammond
　　　　　　　　　　　　　　　　　　SMITH KNOWLES, P.C.
　　　　　　　　　　　　　　　　　　2225 Washington Blvd., Suite 200
　　　　　　　　　　　　　　　　　　Ogden, UT  84401
　　　　　　　　　　　　　　　　　　Telephone:  801-476-0303
　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*